Amended Complaint 8/29/2014 MMT

Original Complaint filed on 16 day of April, 2014
Stamped Received May 1, 2014
Thomas G. Bruton
Clerk, U.S. Dist. Court

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

RECEIVED
SEP 0 8 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Douglas Mock
(Enter above the full name of the plaintiff or plaintiffs in this action)

Illinois,      vs.

City of Chicago
Police Dept.
A. Castro #9609
Aaron Chatman #21313

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: 14C3274
(To be supplied by the Clerk of this Court)

Judge

**CHECK ONE ONLY:**

☑ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983** U.S. Code (state, county, or municipal defendants)

☐ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

☐ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Amended Complaint

I. **Plaintiff(s):**

   A. Name: Douglas Mock

   B. List all aliases: None

   C. Prisoner identification number: 20120601098

   D. Place of present confinement: Chicago, Cook County Dept. of Correction Jail

   E. Address: P.O. Box 089002 / Chi, Ill. 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Chicago, City of Chicago Police Dept. Dective Chatman #21313

   Title: Homicide ~~Dective~~ Detective

   Place of Employment: 103rd Luellea

   B. Defendant: A. Castro #9609 (badge)

   Title: Police Officer

   Place of Employment: 103rd Luellea

   C. Defendant: City of Chicago Police Dept.

   Title: Administration

   Place of Employment: 103rd Luellea

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Inadequate Medical Treatment while in custody & Failure to Read Miranda and Failure to Charge Defendant of any charges. Docket # 14CV3274 Judge Kocoras

B. Approximate date of filing lawsuit: 3/15/14

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Douglas Mock, no aliases

D. List all defendants: Illinois Chicago Police Dept., Supervisor[s] on Duty, arresting officer A. Castro badge # 9609, Detective Aaron Chatman # 21313. — (My information that I have submitted was given to me by my (Assistant Public Defender) If this information is incorrect, I will amend when I receive the correct information.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): The United States District Court for the Nothern District of Illinois

F. Name of judge to whom case was assigned: Judge Kocoras originally but has been reassigned to Judge Manish S. Shah

G. Basic claim made: Failure to take the alleged defendant to the hospital for treatment before placing him in custody, continued negligent treatment, and denial of inadequate medical treatment until 5/31/12, and failure to Read Miranda Rights and failure to charge Defendant with any charges.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending.

I. Approximate date of disposition: 9/3/2014 or 9/5/2014

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Amended Complaint

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was taken into custody on 5/28/12 by a City of Chicago police officer supposedly for questioning without being takened to the hospital first for medical treatment. My injuries consisted of a swollen jaw, bruises to my right elbow, knee, and right hand fourth metacarpal was fractured. I was not treated or taken to the hospital until 5/31/12, I was taken to South Shore Hospital and there I was treated for my injuries. A temporary cast was put on my right hand and forearm and ace wrap to my left knee was applied, after they treated and examine, and cleaned my wounds. I was given a eleven paged Patient Visist Information/Instruction papers, which included most of what was done for me and instruction for follow up treatment within 2 days, I was told I needed X-Rays and I needed the temporary cast replaced within

4

a couple of days. I did not get the X-Rays, ~~or filthy ace~~ nor follow up. I was taken to the Cook County Dept. of Correction the next day, which was 01-June-12.

Included is medical papers from South Shore hospital and arrest information.

Also the arresting officer whose name I was given by my Assistant Public Defender Katie Fritz, A. Castro badge #9609, when told him I had called the police about a fight that I was involved in with JD Reed and someone else (John Doe), I am not quite sure of the other persons identity, I was hit from behind. He said, someone else had called as well, for me to come to the station to straighten out the matter. I was taken to the police station without being read any mirand rights, I was placed in a cell and about four to seven hours later a detective came and said to me that he was from the homicide department, he then asked me if I had anything to say to him, he also said, he did not know

5A of 5A-5C                               Revised 9/2007

what to charge you/me with. I thought to myself, you have the wrong man and then I said, I would like to talk with my attorney. Then he left, saying, my life was about to change in a way that I could not imagine. I thought he was going to come back but he never did, again I was not read any miranda rights. I thought I was going to be able to speak with the assistant State Attorney who represented me in my case with JD Reed, they gave him a No Contact Order to not to have any contact with me and he had violated it. Case # 11-190735. This had been an ongoing thing for years, he had attacked me several times in the past and had done property damages to both of my vehicles, on four differnt occasions within 3 years. It was the holiday Memorial Day, I thought that was why it was taking so long to contact the Assistant State Attorney or their office. I was ever read any miranda rights nor was I never told what I was arrested

Revised 9/2007

for or charged with or was I made aware of any charges until 01-June-2012, 84 hours and 44 minutes after I was taken into custody at CCDOC. I also had a No Contact Order for the second time issued to JD Reed which he was still currently on one of those No Contact Orders case #11-190735, at the time of the incident which the officers did not inforce nor did the State; Assistant State Attorney.

Amended complaint

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am a United States citizen and my U.S. constitutional and Illinois State Constitutional Rights have been violated. I am still currently in pain and suffering, and my fourth metacarpal is out of alignment. I would like this corrected my related medical problems corrected and be compensated for all of the above.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 29 day of Aug, 2014

Douglas Mock
(Signature of plaintiff or plaintiffs)

Douglas Mock
(Print name)

#20120601098
(I.D. Number)

Cook County Dept. of Correction
P.O. Box 089002 (2650 S. California)
Chi. Ill. 60608
(Address)

Originally Signed 16 day of April, 2014

6

Revised 9/2007